```
     UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 22890
   DAVID J VOIGT
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
     SSN XXX-XX-4163


---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/05/07 .

     2.  The case was converted to Chapter 7 without confirmation, 04/05/2008.

     3.  The Debtor paid a total of $   1200.00 .

     4.  The Trustee made disbursements to creditors as follows:

---------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG          .00           .00             .00
CHASE HOME FINANCE         MORTGAGE ARRE   NOT FILED            .00             .00
CHASE HOME FINANCE         SECURED                .00           .00             .00
CHASE HOME FINANCE         MORTGAGE ARRE   NOT FILED            .00             .00
WILLOW BAY CONDOMINIUM A   SECURED                .00           .00             .00
AEGIS MORTGAGE CORP        UNSECURED       NOT FILED            .00             .00
GMAC RESCAP LLC            UNSECURED       NOT FILED            .00             .00
GMAC PAYMENT CENTER        SECURED VEHIC          .00           .00          423.15
CITIBANK                   UNSECURED       NOT FILED            .00             .00
DISCOVER BANK              UNSECURED       NOT FILED            .00             .00
FLEET BANK                 UNSECURED       NOT FILED            .00             .00
HARRIS TRUST               UNSECURED       NOT FILED            .00             .00
KOHLS                      UNSECURED       NOT FILED            .00             .00
PEOPLES GAS                UNSECURED       NOT FILED            .00             .00
STATE FARM BANK            UNSECURED       NOT FILED            .00             .00
CITICORP                   UNSECURED       NOT FILED            .00             .00
        Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL

TOTAL CLMS ALLOWED      .00          .00          .00         .00          .00
PRINCIPAL PAID       423.15          .00          .00         .00       423.15
INTEREST PAID           .00          .00          .00         .00          .00
TOTAL PAID           423.15          .00          .00         .00       423.15
The Debtor's attorney, LEGAL HELPERS PC               , was allowed $       .00
and was paid $       .00 .

The Trustee received $     26.05 .

Refunds to the Debtor totaled $    750.80 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 08/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
       CASE NO. 07 B 22890 DAVID J VOIGT